EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br><br>Luis R. Viera Zayas | 2023 TSPR 102<br><br>212 DPR ___ |
| --- | --- |

Número del Caso: TS-4,149


Fecha: 22 de agosto de 2023


Representante legal de la parte peticionaria:

    Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Luis R. Viera Zayas

TS-4,149

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de agosto de 2023.

Examinada la *Solicitud de cambio a estatus de abogado inactivo a abogado activo (reingreso),* presentada por el Sr. Luis R. Viera Zayas, se provee ha lugar a su solicitud de readmisión al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al Lcdo. Luis R. Viera Zayas actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo